In the Interest of: L.A.P. ............... 2129 EDA 2016    01/12/2017    CP–51–DP–0000542–
Affirmed                                     2010
                                             (Philadelphia)

In the Interest of: T.T.P. ............... 2131 EDA 2016    01/12/2017    CP–51–DP–0000544–
Affirmed                                     2010
                                             (Philadelphia)

In re A.A. ........................... 2571 EDA 2016    01/12/2017    No. 3–AD–2016
Affirmed                                     (Wayne)

Com. v. Taylor ....................... 1090 MDA 2014    01/12/2017    CP–36–CR–0000785–
Vacated and                                  2013
Remanded                                     (Lancaster)

Hayes v. Hayes ...................... 1705 MDA 2015    01/12/2017    857 SA 2001
Reversed and                                 (York)
Remanded

Hayes v. Hayes ...................... 1772 MDA 2015    01/12/2017    857–SA–2001
Reversed and                                 (York)
Remanded

Com. v. Kent ......................... 415 MDA 2016    01/12/2017    CP–14–CR–0000839–
Affirmed                                     2014
                                             (Centre)

Com. v. Rhodes ...................... 469 MDA 2016    01/12/2017    CP–36–CR–0000013–
Affirmed                                     2011
                                             (Lancaster)

Com. v. Huggins .................... 945 MDA 2016    01/12/2017    CP–36–CR–0000181–
Affirmed                                     2010
                                             (Lancaster)

Com. v. Owens [15] .................... 575 WDA 2015    01/12/2017    CP–25–CR–0000531–
Affirmed                                     2014
                                             (Erie)

Martz v. Golden Gate National Senior
  Care ............................. 855 WDA 2015    01/12/2017    2014–01657
Reversed and                                 (Blair)
Remanded

Balkovec v. Hidden Valley Four Seasons 1816 WDA 2015    01/12/2017    471 CIVIL 2015
Reversed and                                 (Somerset)
Remanded

Askins v. Davison .................... 1825 WDA 2015    01/12/2017    NS200901183/Pacses
Affirmed                                     No. 937110996
                                             (Erie)

Com. v. Williams ..................... 259 WDA 2016    01/12/2017    CP–02–CR–0008406–
Vacated and                                  1987
Remanded                                     (Allegheny)

J.M.S. v. J.M.S. ...................... 368 WDA 2016    01/12/2017    No. 2013–2465
Affirmed                                     (Washington)

Com. v. Warner ...................'... 435 WDA 2016    01/12/2017    CP–25–CR–0003026–
Affirmed                                     2008
Application to                               (Erie)
Withdraw as
Counsel
Granted

---

**15.** Petition for reargument denied February 27, 2017.